THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00395-D-9

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| KESHAUN SALES | ) |

ORDER

This Cause comes before the Court upon Defendant Keshaun Sales's motion to seal Document Entry number 674. For good cause shown in said motion, Defendant's motion is GRANTED and Document Entry number 674 is hereby sealed.

SO ORDERED, this the 14 day of July 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE